# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **F. S. by and through her parent PAMELA SCARANO,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-1593 |
| v. | : | (JUDGE MANNION) |
| **CRESTWOOD SCHOOL DISTRICT et al.,** | : | |
| | : | |
| Defendants | | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Defendants' motion to dismiss, (Doc. 8), is **GRANTED** since the court lacks subject matter jurisdiction over Scarano's claims in Counts 1 and 2;

(2) Scarano's Complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**; and

(3) The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: November 3, 2020
19-1593-01-ORDER